Argued December 1, affirmed December 1, 1972

STATE OF OREGON, *Respondent, v.* MICHAEL
WAYNE PETERSON (No. C-72-02-0742 Cr),
*Appellant.*

502 P2d 1390

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued
the cause for respondent. With him on the brief was
Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT,
Judges.

AFFIRMED FROM THE BENCH.